[No. 2678–II. Division Two. November 7, 1980.]

*In the Matter of the Marriage of* ROBERT C. MOWBRAY, *and* SUSAN J. MOWBRAY.

Appeal from a judgment of the Superior Court for Clallam County, No. 23834, Gerald B. Chamberlin, J., entered December 10, 1976. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.

[No. 3776–II. Division Two. November 7, 1980.]

TACOMA COMMERCIAL BANK, *Respondent,* v. STEPHEN SWINNEY, ET AL, *Respondents.*

R. A. GLAISYER, *Appellant,* v. BETTY ARCHER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 242093, E. Albert Morrison, J., entered October 27, 1978. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Pearson and Petrich, JJ.

[No. 4476–II. Division Two. November 7, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. GERALD ABRAMSON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 79–10–0363–6, Robert J. Bryan, J., entered December 21, 1979. *Dismissed* by unpublished opinion per Petrich, J., concurred in by Cochran and Johnson, JJ. Pro Tem.